UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 14-CV-20625 Moore/Torres

State Farm Mutual Automobile
Insurance Company and State Farm
Fire & Casualty Company

    Plaintiffs,

v.

Medical Service Center of Florida,
Inc., Medical Diagnostic Center of
Florida, Inc., Lourdes Diaz and Edel
Perez Diaz,
    Defendants

DEFENDANTS' AMENDMENT TO DAUBERT MOTION (DE#93)

Defendants Medical Service Center of Florida, Inc. ("MSCF"), Medical Diagnostic Center of Florida, Inc. ("MDCF"), Lourdes Diaz ("Diaz") and Edel Perez ("Perez") (collectively "Defendants", amend their Daubert motion (DE#93) as follows:

1. Subsequent to the filing of their motion, Defendants had a lengthy telephone conversation with opposing counsel, Sandra Heller. According to Ms. Heller, approximately two weeks before the deadline to disclose experts expired, at a deposition, she orally advised Defendants' counsel that State Farm intended to use an expert, identified as expert forensic accountant "Kapila Firm" and offered him

up for deposition, at which time she was informed that Defendants would not be conducting the deposition of this expert.

    2. Ms. Heller further indicated that although the firm was retained as a consultant sometime earlier, a decision to use him as an expert was not made until 2015 due to discovery responses that had yet to be produced by Defendants.

    3. Finally, Ms. Heller offered the explanation that the Expert Report could not be completed earlier because State Farm was waiting on tax returns and other discovery responses from Defendants.

    4. As to paragraphs 1, 2 and 3 above, the undersigned does not dispute these factual assertions. The undersigned does recall Ms. Heller stating that State Farm was waiting on the tax returns and other discovery from Defendants before deciding whether to retain an expert for trial, and subsequently, that State Farm would be using an expert, but needed the above referenced discovery responses in order for a finalized Expert Report to be served on Defendants.

    5. Therefore, Defendants are amending their motion to include the foregoing statements, and to the extent they contradict statements in the original motion, they should control, in respect to disposition of that motion. Further, Defendants withdraw their contention that the disclosure of the forensic accountant was untimely and that Defendants were prejudiced by the disclosure of this expert or by the serving of the expert report on February 6, 2015.

6. However, Defendants maintain all other substantive arguments identified and relief requested in its Motion [ECF No. 93].

Dated:  March 4, 2015
Respectfully Submitted
By: /s/**_Anthony M. Genova, Esq._**
Attorney for Defendants

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 4, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/**_Anthony M. Genova, Esq._**

Anthony M. Genova, Esq.
Florida Bar No.: 637130
Attorney for Defendants

## **SERVICE LIST**

**State Farm Mutual Automobile Insurance Company and
State Farm Fire & Casualty Company**

v.

**Medical Service Center of Florida, Inc., Medical Diagnostic Center of Florida, Inc., Lourdes Diaz and Edel Perez Diaz.**

Case No.: **14-CV-20625 Moore/Torres**

United States District Court, Southern District of Florida

David Ira Spector
Akerman LLP
222 Lakeview Avenue
Fourth Floor Esperante
West Palm Beach, FL 33401
561-653-5000
Fax: 561-659-6313
Email: david.spector@akerman.com

Sandra Lynn Heller
Akerman Senterfitt
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301
954-463-2700
Email: sandra.heller@akerman.com

[Counsel for State Farm Mutual Automobile Insurance Company and State Farm Fire & Casualty Company]

ANTHONY M. GENOVA, ESQ.
FBN: 637130
Anthony Meehan Genova, P.A.
The Biscayne Building
19 West Flagler Street, Suite 802
Miami, Florida 33130
Phone:   305.379.6000
eFax:     305.675.0236
Primary email:
**agenovalaw@gmail.com**
Secondary emails:
jdgenova@gmail.com
ap.agenovalaw@gmail.com


GARY S. GLASSER, P.A.
Co-Counsel for all Defendants
28 West Flagler Street, Suite 608
Miami, Florida 33130
Tele: (305) 377-4187
Fax:  (305) 358-7587
Email: GSG50@msn.com


[Counsels for Medical Service Center of Florida, Inc., Medical Diagnostic Center of Florida, Inc., Lourdes Diaz and Edel Perez Diaz]